*MHK*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**RECEIVED**

MAY  8 2008  *aew*
*MAY 8 2008*
**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

ANTHONY TYRONE TOWNES,
STATE OF ILLINOIS PRISONER,

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

_____

NAME UNKNOWN - COOK COUNTY,
ILLINOIS, STATES ATTORNEY WHO
REVIEWED CRIMINAL FILE NO.(s):
93-CR-2334, 93-CR-2335, AND
93-CR-2336, FELONY REVIEW UNIT.
_____
                  &

CHICAGO POLICE DEPARTMENT, OFFICER
SALYERS, STAR NO. 844, ARRESTING OFFICER
IN CRIMINAL FILE NO. 07-CR-12119.
_____

_____

(Enter above the full name of ALL
defendants in this action.  Do not
use "et al.")

## 08CV2661
## JUDGE ANDERSEN
## MAG.JUDGE DENLOW

Case _____
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

__x__    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
         **U.S. Code** (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
           **28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING."  FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.    **Plaintiff(s):**

    A.    Name: ANTHONY TYRONE TOWNES

    B.    List all aliases: NONE

    C.    Prisoner identification number: #B-41929

    D.    Place of present confinement: ILLINOIS DEPARTMENT OF CORRECTIONS JACKSONVILLE CORRECTIONAL CENTER

    E.    Address: 2268 EAST MORTON AVENUE, JACKSONVILLE, IL 62650

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.    **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: NAME UNKNOWN

        Title: ASSISTANT STATES ATTORNEY, OFFICE OF THE COOK COUNTY STATES ATTORNEY, WHO APPROVED FELONY CHARGES FOR THE FOLLOWING CHARGES: 93-CR-2334, 93-CR-2335 AND 93-CR-2336.

        Place of Employment: OFFICE OF THE COOK COUNTY, ILLINOIS, STATES ATTORNEY FELONY REVIEW UNIT.

    B.    Defendant: OFFICER SALYERS, STAR NO. 844

        Title: POLICE OFFICER

        Place of Employment: CHICAGO POLICE DEPARTMENT

    C.    Defendant: _____

        Title: _____

        Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

**III.**   **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.   Name of case and docket number: _____ N/W _____

B.   Approximate date of filing lawsuit: _____ N/W _____

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: _____ N/W _____

D.   List all defendants: _____ N/A _____

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____ N/A _____

F.   Name of judge to whom case was assigned: _____ N/A _____

G.   Basic claim made: _____ N/A _____

H.   Disposition of this case (for example:  Was the case dismissed?  Was it appealed? Is it still pending?): _____ N/A _____

I.   Approximate date of disposition: _____ N/A _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE.  CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

**IV.    Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need.  Attach extra sheets if necessary.)

**(DEFENDANT A)**

THAT PLAINTIFF CONTENDS THAT HIS STATE AND FEDERAL CONSTITUTIONAL RIGHT  TO "DUE PROCESS OF LAW" WAS VIOLATED AS FOLLOWS:  WHEN DEFENDANT (A), NAME UNKNOW, AN ASSISTANT COOK COUNTY STATES ATTORNEY, FROM THE FELONY REVIEW UNIT, APPROVED FOR THE PEOPLE OF THE STATE OF ILLINOIS, CRIMINAL CHARGES AGAINST HIM, WHEN SHE KNEW WELL IN ADVANCE, THAT THERE WAS NO CREDITABLE PHYSICAL, MEDICAL OR SCIENTIFIC EVIDENCE, THEREFORE, THIS STATES ATTORNEY FROM THE FELONY REVIEW UNIT, PLACED HIM IN A POSITION TO BE PLACED IN THE COOK COUNTY DEPARTMENT OF CORRECTIONS, WHERE HE WAS SUBJECT TO BEING BEATEN, MOLESTED AND USED AS A HUMAN WASTE-BASKET, AND AS A DIRECT RESULT OF THE ACTIONS OF THE ABOVE-MENTIONED COOK COUNTY STATES ATTORNEY, PLAINTIFF MAY BE INFECTED WITH THE HEPATITIS (C) VIRUS AND IN DIRE NEED OF TREATMENT.

**(DEFENDANT B)**

THAT PLAINTIFF CONTENDS THAT HIS STATE AND FEDERAL CONSTITUTIONAL RIGHT TO BE "SECURE IN HIS PERSON, HOUSE, PAPERS, AND EFFECTS, AGAINST UNREASONABLE SEARCHES AND SEIZURES" WERE VIOLATED AS FOLLOWS:  WHEN CHICAGO POLICE DEPARTMENT, OFFICER SALYERS, STAR NO. 844, STOPPED HIM ON MAY 10, 2007, AT APPROXIMATELY 11:25 PM., AT THE CORNER OF ROOSEVELT AND HALSTED STREET, CHICAGO, ILLINOIS, WITHOUT HAVING "PROBABLE CAUSE" TO STOP HIM.  FIRST, HE POINTS OUT THAT HE WAS ARRESTED WITHOUT A WARRANT.  AS A DIRECT OF PLAINTIFF FALSE ARRESTAND FALSE IMPRISONMENT, HE WAS CHARGED WITH VIOLATING ILLINOIS LAW AND CRIMINAL STATUTE NUMBER: 730 ILCS 150/3(a), ENTITLED "DUTY TO REGISTER UNDER ACT 150., SEX OFFENDERS REGISTRATION ACT.  CRIMINAL FILE NO.07-CR- 1211901, CIRCUIT COURT OF COOK COUNTY, ILLINOIS, CRIMINAL DIVISION, JUDGE PRESIDING, THOMAS R. SUMNER.  MOREOVER, THE TRAFFIC OFFENSE FOR WHICH PLAINTIFF WAS STOPPED AND ARRESTED, WAS NEVER ADJUDICATED IN IN "ANY" COURT OF LAW.  TRAFFIC TICKET NO. T520-0187-0100.

Revised 9/2007

Revised 9/2007

## V.    Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.    **(DEFENDANT A)**

THAT PLAINTIFF RESPECTFULLY REQUEST $100,000, DOLLARS IN ACTUAL DAMAGES FROM THE UN-NAMED COOK COUNTY ASSISTANT STATES ATTORNEY, AND $500,000, DOLLARS IN PUNITIVE DAMAGES, BECAUSE SAID UN-NAMED ATTORNEY ACTED OUT-SIDE THE LAWS OF JUDICIAL REVIEW, AS WELL AS THE LAWS GOVERNING COOK COUNTY FELONY REVIEW UNIT.

**(DEFENDANT B)**

THAT PLAINTIFF ASSERTS THAT OFFICER SALYERS, STAR NO. 844, CHICAGO POLICE DEPARTMENT, ACTED IN HIS INDIVIDUAL CAPACITY, WHEN HE UN-JUSTLY STOPPED HIM FOR NO REASON "WHATSOEVER" THEREFORE, PLAINTIFF IS SEEK $50,000, DOLLARS IN ACTUAL DAMAGES, AND 100,000, DOLLARS IN PUNITIVE DAMAGES FROM THE CHICAGO POLICE DEPARTMENT FOR ALLOWING THE ARREST PROCESS TO GO FORWARD, OR FOR THE PLAINTIFF TO HAVE HIS DAY IN COURT.

VI.    The plaintiff demands that the case be tried by a jury.    ☒ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20_____

_____

(Signature of plaintiff or plaintiffs)

ANTHONY TYRONE TOWNES_____
(Print name)

#B-41929    (JACKSONVILLE CORRECTIONAL CENTER, IDOC.)
(I.D. Number)

_____

2268 EAST MORTON AVENUE, JACKSONVILLE, IL 62650
(Address)

6

Revised 9/2007

ILLINOIS DEPARTMENT OF CORRECTIONS

# Parole Violation Report

**Section A: Violation Details**

Offender: Anthony Townes _____ Alias: _____ ID#: B41929

Parent Facility: JACKSONVILLE C.C. _____ Date of Birth: 07/14/1970

Program released to: Parole _____ Level of Supervision: _____

Gender: ☒ Male ☐ Female   Race: ☐ Caucasian ☒ African American ☐ Asian ☐ Hispanic ☐ Native American ☐ Other _____

FBI#: 123142PA _____ I.R.#: 990522 _____ CCJ#: _____

Release Date: 11/08/2007 _____ Sentence Exp. Date: 11/08/2008 _____ Violation Date: 11/08/2007

Custody Facility: JACKSONVILLE C.C. _____ Custody Date: 11/08/2007

Offense(s): FTC-Rule #16 Failure to provide a host site for ED. _____

IDOC Warrant #: QA0710978 _____ Date Warrant Issued: 11/08/2007

Parolee ANTHONY TOWNES is currently on parole for the following offenses (list all MITTIMUS offenses) VIOLATED SEX OFFENDER REGISTRATION/AGGRATED and was incarcerated from 05/08/2007 to 06/08/2007. The most recent parole violation(s) for which this warrant was issued/is being requested follows (include date, time, place and description of the violation; description and method of weapons used; identity and injury to victim(s); arrest date and arresting agency; criminal charges; and custody/court/bond information) : Offender is in violation of the rule #16 in that he is mandated by the Prisoner Review Board to be supervised on Electronic Monitoring. This agency attempted to place the offender at (ALL places with family and /or friends in the community and no suitable host site was found to supervise the offender on Electronic Monitoring. This agency attempted to place the offender at (ALL) places that the Illinois Department of Corections would pay for and the paid placements for any number of reasons could not accept the offender. The offender is unable to fulfill the mandate by Electronic Monitoring place by the Prisoner Review Board.

List all Arrests or Alleged Parole/Mandatory Supervised Release Violations or sanctions and the date of occurrence other than those in the above section (include date, time, place and description of the violation; description and method of weapons used; identity and injury to victim(s); arrest date and arresting agency; criminal charges; and custody/court/bond information) : N/A

Answer the following questions only if the offender has absconded:

Is this an instant absconder? ☒ No ☐ Yes          Offender has been an absconder since (support in your narrative):

Did the offender make any contacts to AMS while an absconder? ☒ No ☐ Yes      If yes, dates of contacts:

**Community Adjustment:**

Answer the following questions or provide the required information for all parolees:

**Prior parole terms/dates:**

Offender currently resides with: (include description of others living with the parolee, such as wife, children, girlfriend, parents. It is mandatory to list any children under 18 living in the home, age, and the relationship of the parolee to those children.)

Where was the offender's approved host site? N/A   Can the offender return to this host site? ☐ No ☐ Yes

If no, state why and also what other host site options does the offender have?

Offender was employed at time of arrest/alleged violation with: N/A  for          week(s)     mont    h(s)     year     (s).

Did the offender attend school at time of arrest/alleged violation? ☒ No ☐ Yes   If yes, level of education:

Special conditions for substance abuse and/or mental health and/or other programming by PRB or MSR Rule 15 (List each special condition, MSR Rule 15, referrals provided and date, and follow-up by agent. Specify the name and type of treatment program, where it was provided, if they had been attending regularly and if there were any progress reports - attach reports) :

Current and prior housing, substance abuse and/or mental health issues (include incarceration information if available) :

Distribution: Offender, Releasing Authority; Offender's Case File;
Parent Field Services Representative; AMS;
Hearing Officer; if FOS, Interstate Compact

Page 1

DOC 0071 (Rev 12/2006)

Printed on Recycled Paper

PEOPLE OF THE STATE OF ILLINOIS )  CASE NUMBER     07CR1211901
                              V.       )  DATE OF BIRTH   07/14/70
ANTHONY    TOWNES                   )  DATE OF ARREST  05/10/07
_____      IR NUMBER 0990682   SID NUMBER 030966460
Defendant

ORDER OF COMMITMENT AND SENTENCE TO
ILLINOIS DEPARTMENT OF CORRECTIONS
============================================

    The above named defendant having been adjudged guilty of the offense(s) enumerated below
is hereby sentenced to the Illinois Department of Corrections as follows:

| Count | Statutory Citation | Offense | Sentence | | Class |
|-------|--------------------|---------|----------|---|-------|
| 001 | 730-150/3(a) | FAIL TO RPT WKLY/NO FIXED ADDR | YRS. 002 | MOS.00 | 3 |
| | and said sentence shall run concurrent with count(s) ___ ___ ___ ___ | | | | |
| | | | YRS. _____ | MOS. _____ | ____ |
| | and said sentence shall run (concurrent with)(consecutive to) the sentence imposed on: | | | | |
| | | | YRS. _____ | MOS. _____ | ____ |
| | and said sentence shall run (concurrent with)(consecutive to) the sentence imposed on: | | | | |
| | | | YRS. _____ | MOS. _____ | ____ |
| | and said sentence shall run (concurrent with)(consecutive to) the sentence imposed on: | | | | |
| | | | YRS. _____ | MOS. _____ | ____ |
| | and said sentence shall run (concurrent with)(consecutive to) the sentence imposed on: | | | | |

    On Count ___ defendant having been convicted of a class _ offense is sentenced as
a class x offender pursuant TO 730 ILCS 5/5-5-3(C)(8).

    On Count ___ defendant is sentenced to an extended term pursuant to 730 ILCS 5/5-8-2.

    The Court finds that the defendant is entitled to receive credit for time actually served
in custody for a total credit of 0083 days as of the date of this order

    IT IS FURTHER ORDERED that the above sentence(s) be concurrent with
the sentence imposed in case number(s) _____
AND: consecutive to the sentence imposed under case number(s)
_____  _____  _____  _____  _____

    IT IS FURTHER ORDERED THAT MITT TO ISSUE._____
_____
_____

    IT IS FURTHER ORDERED that the Clerk provide the Sheriff of Cook County with a copy of this Order and that the Sheriff
take the defendant into custody and deliver him/her to the Illinois Department of Corrections and that the Department take
him/her into custody and confine him/her in a manner provided by law until the above sentence is fulfilled.

    DATED _____ JULY 31, 2007              ENTER: 07/31/07

    CERTIFIED BY  R BANKS
                  DEPUTY CLERK                JUDGE:  SUMNER THOMAS R         1513
    WAP8 07/31/07 12:29:21                                                   CCG N305

ILLINOIS DEPARTMENT OF CORRECTIONS                    PAGE    1
OFFENDER TRACKING SYSTEM    RM          RUN DATE   02/25/08
VERIFICATION OF INCARCERATION           RUN TIME    9.29.42

NAME:    TOWNES, ANTHONY              IDOC #:    B41929

DATE OF BIRTH:      07/14/1970        LIVING UNIT:    JAC-JAC-02-05-08

HOLDING MITT CUSTODY DATE:                   05/08/2007

DATE ENTERED DEPARTMENT OF CORRECTIONS:      08/03/2007

DATE RECEIVED AT:  JACKSONVILLE               12/19/2007

PROJECTED DATE OF RELEASE FROM CUSTODY:      05/08/2008

TYPE OF RELEASE:  PROJECTED DISC DATE

DESCRIPTION OF OFFENSE:

| INDICTMENT # | OFFENSE | SENTENCE YR MO DA |
|---|---|---|
| 07CR1211901 | VIOLATE SEX OFFENDER REGIS | 0002 00 0000 |
| *93CR2336 | AGG CRIM SEX ASSAULT/FELONY | 0015 00 0000 |
| *93CR2335 | AGG CRIM SEX ASSAULT/FELONY | 0015 00 0000 |
| *93CR2334 | AGG CRIM SEX ASSAULT/FELONY | 0015 00 0000 |

ADDITIONAL INFO ON PAGE 2

NOTE : "*" DISCHARGED MITTS

_2/29/08_ /(DATE)

_Rita Nassi_
RECORDS OFFICE SUPERVISOR

JACKSONVILLE                    CORR. CENTER

_Signed before me on 2/25/08_
_Sheila R Brown_

CC:  MASTERFILE

OFFICIAL SEAL
SHEILA R BROWN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/09/10

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER TRACKING SYSTEM     RM
VERIFICATION OF INCARCERATION

PAGE    2
RUN DATE   02/25/08
RUN TIME    9.29.42

NAME:    TOWNES, ANTHONY                    IDOC #:    B41929

ALIASES / NICKNAME                              TYPE
---------------------------------            ----------
    TOWNES      ANTHONY    T                    ALIAS

# OFFICE OF THE SECRETARY OF STATE

**JESSE WHITE** • Secretary of State

March 18, 2008

Anthony Townes #B-41929
Jacksonville Correctional Center
2268 East Morton Ave
Jacksonville, IL 62650

RE: T520-0187-0200

Dear Mr. Townes,

This office is in receipt of your correspondence and the following information is being provided.

A review of your driving record reveals that the suspension(s) is/are terminated.  It will be necessary for you to sumit the reinstatement fee(s) as required by Illinois law.  Please send a $70.00 check or money order made payable to the Secretary of State and indicate your driver's license number on the fee.  A return envelope is enclosed to expedite processing.

If you need more information, please contact the Reinstatement Review Unit, 2701 South Dirksen Parkway, Springfield, Illinois, 62723 or you may telephone (217) 785-8619.

Sincerely,

*Mary H. Bandy*

Mary H. Bandy, Supervisor
Reinstatement Review Unit
Traffic Violations Section

MHB: DMF

1   STATE OF ILLINOIS    )
                         )    SS.
2   COUNTY OF C O O K    )

3      IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
             COUNTY DEPARTMENT - CRIMINAL DIVISION

4

5   THE PEOPLE OF THE        )
    STATE OF ILLINOIS        )
6                            )
           vs.              )    07 CR 12119
7                            )
    ANTHONY TOWNES           )

8

9                      REPORT OF PROCEEDINGS

10         BE IT REMEMBERED that on the 31st day of

11   July, 2007, this cause came on for hearing

12   before the Honorable THOMAS R. SUMNER, Judge of

13   said Court, upon the indictment herein, the

14   Defendant having entered a plea of not guilty.

15    APPEARANCES:

16              HON. RICHARD A. DEVINE, State's
                   Attorney of Cook County, BY:
17              MR. SCOTT CLARK,
                   Assistant State's Attorney,
18                 on behalf of the People;

19              MR. EDWIN BURNETTE, Public
                   Defender of Cook County, BY:
20              MS. SOPHIA ATCHERSON,
                   Assistant Public Defender,
21                 on behalf of the Defendant.

22

    ROBERT J. MADOCH
23  Official Court Reporter
    Circuit Court of Cook County
24  County Department - Criminal Division
    C.S.R. 84-1194

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

I N D E X


People v Anthony Townes


DATE:    July 31, 2007


PAGES:    A-1 through A-11

1      THE CLERK:    Anthony Townes.

2      THE COURT:    Anthony Townes?

3      THE DEFENDANT:    Yes.

4      MS. ATCHERSON:    Sophia Atcherson for

5  Mr. Townes.  We reached an agreement with the

6  State.  He will plead guilty to a Class Three

7  felony, receive two years Illinois Department of

8  Corrections.  He has credit for 83 days.

9      THE COURT:    Is that your understanding of

10  the agreement?

11      THE DEFENDANT:    Yes.

12      THE COURT:    What is his background?

13      MR. CLARK:    Defendant has a felony that

14  results in his need to register as a felon,

15  aggravated criminal sexual assault.  He did fifteen

16  years in the Department of Corrections on that

17  matter.

18      THE COURT:    Mr. Townes, this is a Class

19  Three felony.  Because of your background you are

20  subject to extended term sentencing, which means

21  you could receive probation.    You could also

22  receive from two to ten years in the Illinois

23  Department of Corrections.  A fine up to

24  twenty-five thousand dollars or both.    And

1    mandatory supervised release for a period of one

2    year after release from the penitentiary.

3                   Those are the possible penalties.  Do

4    you understand that?

5              THE DEFENDANT:    Yes.

6              THE COURT:    You have a right to plead not

7    guilty and go to trial, at which time the State

8    would have to prove you guilty beyond a reasonable

9    doubt.

10                  You have a right to be represented by

11   an attorney.  If you cannot afford an attorney, one

12   will be appointed to represent you free of charge.

13                  You have a right to have a jury trial

14   where twelve people would be selected to listen to

15   the evidence.  They would decide the question of

16   innocence or guilt rather than have a Judge decide

17   that question.

18                  Before sentencing you have a right to

19   have a pre-sentence investigation and written

20   report, which would be given to me by the Probation

21   Department after they do an investigation into your

22   background.

23                  Do you understand the rights I just

24   explained to you?

1          THE DEFENDANT:    Yes.

2          THE COURT:    When you plead guilty to these

3     charges, you give up those rights and there will be

4     no trial of any kind.  Do you understand?

5          THE DEFENDANT:    Yes.

6          THE COURT:    Did anyone force you or threaten

7     you to get you to plead guilty?

8          THE DEFENDANT:    No.

9          THE COURT:    Are you pleading guilty

10    voluntarily and of your own free well?

11         THE DEFENDANT:    Voluntarily.

12         THE COURT:    Your lawyer just handed me this

13    document entitled jury waiver with your signature

14    on it indicating you wish to give up your right to

15    jury trial.

16         THE DEFENDANT:    Yes.

17         THE COURT:    And you also signed the waiver

18    of presentence report, indicating you understand

19    and wish to give up that right as well?

20         THE DEFENDANT:    Yes.

21         THE COURT:    You will be required to submit

22    blood samples to the Illinois Department of State

23    Police for what's called DNA indexing as a result

24    of this felony conviction.  Do you understand that?

1        THE DEFENDANT:    Yes.

2        THE COURT:    You will be subject to statutory

3   fees and costs of five hundred fifteen dollars,

4   some or all of which may be offset by credit you

5   receive for time in custody.    Do you understand

6   that?

7        THE DEFENDANT:    Yes.

8        THE COURT:    Factual basis.

9        MR. CLARK:    The State would call Officer

10  Salyers, Chicago Police Department, star 844.    He

11  would testify on May 10,  2007 at approximately

12  11:25 p.m. he stopped a motor vehicle driven by the

13  Defendant, who was then taken into custody for

14  driving on a suspended license.

15           A check of the Defendant's name

16  revealed he is a convicted sex offender.    His

17  current address was 3201 St. Charles Road in

18  Bellwood.    His last registration with any please

19  agency is a Chicago address.    He was out of

20  compliance at that time.

21           We'd also be able to show through

22  certified copy of conviction the Defendant has a

23  criminal, aggravated criminal sexual assault

24  conviction, case Number 93 CR 2334.

1          MS. ATCHERSON:    Stipulate that would be the

2     testimony.

3          THE COURT:    You understand what you are

4     charged with?

5          THE DEFENDANT:    Yes.

6          THE COURT:    You understand what you are

7     pleading guilty to?

8          THE DEFENDANT:    Yes.

9          THE COURT:    You understand what your rights

10    are?

11         THE DEFENDANT:    Yes.

12         THE COURT:    You understand when you plead

13    guilty to these charges you give up those rights.

14    There will be no trial of any kind.

15         THE DEFENDANT:    Yes.

16         THE COURT:    You understand the possible

17    penalties provided by law for the offense you are

18    pleading guilty to?

19         THE DEFENDANT:    Yes.

20         THE COURT:    Understanding these things, you

21    still wish to plead guilty to these charges at this

22    time?

23         THE DEFENDANT:    Yes.

24         THE COURT:    Any questions about anything I

1    told you?

2         THE DEFENDANT:    No.

3         THE COURT:    I find the Defendant knowingly

4    and voluntarily waived his right to trial.   He

5    understands the nature of the charges pending

6    against him, understands the possible disposition.

7    There is a factual basis for the plea.   The plea is

8    voluntarily made.   There will be a finding of

9    guilty and judgment on the finding.

10              Any additional aggravation or

11   mitigation?

12        MR. CLARK:   Stand on the agreement.

13        MS. ATCHERSON:    Rest on the agreement.

14        THE COURT:   Anything you wish to say?

15        THE DEFENDANT:    No.

16        THE COURT:   I will sentence you to two years

17   Illinois Department of Corrections with credit for

18   eighty-three days.

19              You do have a right to appeal today's

20   decision,  if you wish.   In order to that, you

21   first file in thirty days from today's date in the

22   trial court a written motion to withdraw your plea

23   of guilty.   In your motion you have to indicate all

24   the reasons you believe you should be allowed to

1    withdraw your plea of guilty.  Any matter you do

2    not include in your motion cannot be raised by you

3    at a later time if you decide to appeal. Do you

4    understand?

5            THE DEFENDANT:    Yes.

6            THE COURT:    If your motion is granted, the

7    plea and judgment will be vacated,  the case will

8    be reinstated and set down for trial.

9                    In order to preserve your appeal

10    rights you must file in thirty today's from the

11    date of the disposition of your motion to withdraw

12    your plea of guilty a written notice of appeal

13    which must be filed in the trial court as well.

14                    If you decide to pursue your appeal

15    rights and wish to hire an attorney but cannot

16    afford an attorney, one will be appointed to

17    represent you free of charge.

18                    If you need a written copy of the

19    transcript and cannot afford to buy a transcript,

20    one will be provided for you free of cost.  You

21    understand?

22            THE DEFENDANT:    Yes.

23            THE COURT:    Any questions?

24            THE DEFENDANT:    No.

1            THE COURT:   Good luck to you.

2                         (Which were all the

3                       —  proceedings had.)

STATE OF ILLINOIS )
                  )    SS.
COUNTY OF C O O K )


        IN THE CIRCUIT COURT OF COOK COUNTY
        COUNTY DEPARTMENT - CRIMINAL DIVISION




            I, ROBERT J. MADOCH, Official

Shorthand Reporter of the Circuit Court of Cook

County, County Department-Criminal Division,  do

hereby certify that I reported in shorthand the

evidence had in the above-entitled cause and that

the foregoing is a true and correct transcript of

all the evidence heard.




        _____
        Official Shorthand Reporter
        Circuit Court of Cook County
        County Department-Criminal Division
                       Dated:  2  19  08
                       C.S.R.    84-1194

<u>THE DOOR OF HOPE HALFWAY HOUSE</u>
5213 S. INDIANA AVENUE
CHGO. IL 60629

THE DIRECTOR OF THE "DOOR OF HOPE HALFWAY HOUSE" IS THE
REVEREND COCO JACKSON, WHO ACCORDING TO MANY RESIDENTS IN THE
NEIGHBORHOOD IS A KNOW SEX OFFENDER.  ALSO, REVEREND TAYLOR'S
NUMBER ONE RIGHT HAND ASSISTANT IS MR. JOHN CRAWFORD, WHO IS ALSO
ALLEGED TO BE A SEX-OFFENDER.

THE "DOOR OF HOPE" HALFWAY HOUSE IS LOCATED LESS THAN 100
YARDS FROM A LOCAL SCHOOL ZONE, PARK AND YOUTH CENTER, WHICH IS A
RECREATIONAL PLAYGROUND FOR MINORS OF ALL AGES.  THE "DOOR OF HOPE"
IS THE APPOINTED HOST SITE APPROVED BY THE ILLINOIS DEPARTMENT OF
CORRECTIONS, STATE OF ILLINOIS PRISONER'S REVIEW BOARD FOR ANTHONY
TOWNES, REGISTERED IDOC. NO.#B-41929.

THE ABOVE-MENTIONED HOST SITE HOUSE BOTH HOMELESS PEOPLE AND
EX-CONVICTS RELEASED FROM PRISON, BOTH THE HOMELESS AND EX-CONVICTS
ARE KNOWN AS TRANSIENTS.  ACCORDING TO THE RULES OF MANDATORY
SUPERVISORED RELEASE, KNOWN FELONS ARE NOT ALLOWED TO ASSOCIATE WITH
ONE ANOTHER, HOWEVER, CONTRARY TO THE RULES, THESE TRANSIENTS ARE
HOUSED TOGETHER, AS WAS ANTHONY TOWNES.  THE LIVING ENVIRONMENT AT
THE "DOOR OF HOPE" IS UNSTABLE.  THERE ARE 45 SOILED UNSANITIZED
BUNKS.  TRANSIENTS WERE ALLOWED TO LIVE AT THE "DOOR OF HOPE" 6 TO
9 MONTHS AND THEN THEY HAD TO LEAVE AND RETURN THE NEXT YEAR.  IF
YOU DID NOT ARRIVE AT THE CENTER TO SIGN-IN BY 4:30 PM., YOU HAD TO
FIND A PLEASE TO SLEEP THAT NIGHT, ALSO,  ONLY THE FIRST 45 TRANSIENTS
TO SIGN-IN BY 4:30 PM., WERE ALLOWED TO STAY.

1

MOREOVER, MANY OF THE TRANSIENTS THAT MISSED THE 4:30 PM. SIGN-IN SHEET, COULD BE FOUND SLEEPING IN DUMPSTERS AND ABANDONED BUILDINGS. ALSO, MANY TRANSIENTS HAD DIFFERENT (STD'S), SUCH AS TB, HEPATITIS C, HIV AND ETC., THE PROPER GERMICIDES NEEDED WERE NOT AVAILABLE AT THE "DOOR OF HOPE" HALFWAY HOUSE.  EVERYDAY THE TRANSIENTS SUCH AS MYSELF, WERE HUMILIATED, WHEN AT SHOWER TIME , (5:45 PM.), WOMEN AND CHILDREN FROM THE OUTSIDE, WHO WERE RECEIVING CLOTHS, TOYS, FOOD AND FURNITURE, WERE ALLOWED TO WALK PAST THE SHOWER DOORS WHILE US SO-CALLED TRANSIENTS WERE SHOWERING.  PETITIONS WERE SIGNED TO CLOSE DOWN THE "DOOR OF HOPE" HALFWAY HOUSE.  COMPLAINTS WERE MADE CONCERNING THE SHELTER, WHICH RESULTED IN ARREST AND CONVICTIONS.  A CHILD WAS PLACED IN FOSTER CARE, (PRINCESS 1½ YEARS OF AGE), BECAUSE HER FATHER, (LUCKY), NEGLECTED HER, AND SHE RECEIVED SOME FRACTURED RIB BONES.

ON NOVEMBER 5, 2006, THE HOMELESS AND EX-CONVICTS, (TRANSIENTS), WERE ASKED TO MOVE OUT OF THE "DOOR OF HOPE" HALFWAY HOUSE.  ON DECEMBER 31, 2006, ANTHONY TOWNES, WAS ALLOWED TO MOVE INTO HIS OWN APARTMENT AT 3201 ST. CHARLES ROAD, BELLWOOD ILLINOIS, 60104. THE CHICAGO AND BELLWOOD POLICE DEPARTMENT, BOTH REFUSED TO LET ME REGISTER AT MY NEW HOST-SITE, AND ON MAY 8, 2007, **FOR** DRIVING ON EXPIRED DRIVING LICENSES, HOWEVER, ON JUNE 14, 2007, THE CHARGES WERE CHANGED TO FAILURE TO REGISTER AS A SEX OFFENDER.  WHEN I SOUGHT TO EXPLAIN THE CHARGES TO MY PUBLIC DEFENDER SOPHIA ATCHERSON, SHE ADVISED ME TO PLEA GUILTY AND ACCEPT A 2-YEAR TERM OF IMPRISONMENT, BECAUSE IF I DID NOT, THEY COULD SENTENCE ME A 10-YEAR TERM OF IMPRISONMENT.

2

MOREOVER, IT WAS EXPLAINED TO ME, THAT A PERSON WITH MY BACKGROUND
WOULD NOT BE GIVEN PROBATION.  THE 1994 CASE WHICH NEVER OCCURRED,
STARTED OUT AS A GRUDGE BETWEEN SIBLINGS.  IN THE 1994 CAUSE, MY
HALF SISTER AND BROTHER WERE SEPARATED AND PLACED INTO A DEPARTMENT
OF CHILDREN AND FAMILY SERVICE PROGRAM, OUR FATHER JAMES TOWNES, WAS
SENTENCED TO A 15-YEAR TERM OF IMPRISONMENT, FOR MOLESTING HIS DAUGHTERS
JACKIE, LELA AND COLLEEN, ALSO, TWO SONS AND ALL OF THEM HELD ME
RESPONSIBLE FOR THE INCIDENT.

IN THE MID 1980'S JACKIE TOWNES HAD A NERVES BREAKDOWN.  SHE
WAS GIVEN MEDICATION.  SHE MISUSED HER MEDICATION AND IT LEAD TO A
DRUG PROBLEM, WHICH MADE KNOWING THE DIFFERENCE REALITY AND IMAGI-
NATION A PROBLEM FOR JACKIE.  JACKIE MARRIED OUR FATHER'S BEST FRIEND
LARRY BAKER, AND SOON THEREAFTER, SHE ACCUSED LARRY OF MOLESTING HER
10-YEAR OLD DAUGHTER LAKEISHIA TOWNES.  THERE WAS NEVER A MEDICAL
ASSESSMENT MADE, STATING THE STATUS OF HER HEALTH, NOR WAS THERE EVER
AN INVESTIGATION BY DOCTORS (DOCUMENTS), OR ANY SIGN OF DAUGHTER
LAKEISHIA BEING TAMPERED WITH, ONLY LARRY BAKER GUILTY PLEA.  IN THE
WINTER OF 1993, 13-YEAR OLD LAKEISHIA TOWNES, ACCUSED MYSELF OF MESS-
ING WITH HER.  HER NAME MADE HE A VICTIM, SO THE PROSECUTORS DID NOT
INVESTIGATE THE CHARGES, NO ONE REALIZED THE LIE THAT WAS BEING TOLD.

ALSO IN 1993, MY NIECE 5/6 YEARS OF AGE LAQUIEDIA REEVES, ACCUSED
MYSELF OF HAVING UNPROTECTED SEX WITH HER, DURING WHICH SHE CONTRADICTED
A (STD) VIRUS CALLED CHLYMDIA.  NO MEDICAL ASSESSMENT WAS EVER MADE BY
A MEDICAL STAFF, WHETHER SHE HAD ANY TYPE OF TISSUE OR MUSCLE DAMAGES
REGARDING HER HEALTH, OR THE APPROXIMATELY NUMBER STITCHES SHE RECEIVED

3

MOREOVER, THERE WAS NEVER ANY DOCUMENTATION MADE ORALLY, ANALLY OR
VAGINALLY.  IN 1993, MY NEPHEW 9-YEAR OLD SANFORD REEVES ACCUSED ME
OF HAVING UNPROTECTED ORAL SEX WITH HIM, STRANGELY THERE WAS NOT
ANY SYMTOMS OF THE VIRUS IN THE VICTIMS MOUTH.  WHEN THE VIRUS TAKES
1-3 WEEKS TO HAVE THE SYMTOMS OF THE INFECTION, SUCH AS WHITE SPOTS,
SORES, BLUSTERS AND PUS (A YELLOWISH WHITE FLUID) FORMING AROUND THE
INFECTED AREA SUCH AS MOUTH, THROAT, TESTICLES AND WALLS OF THE VAGINA,
WHICH MAY CAUSE DIFFICULTY IN BREATHING.  THERE WAS NO MEDICAL ASSESSMENT
MADE OR A DOCTORS STATEMENT.

BECAUSE OF THE STATE PROSECUTOR LACK OF INVESTIGATION, TOWNES
WAS PUT IN THE COUNTY JAIL, WHERE HE WAS BEATEN, MOLESTED AND USED AS
A HUMAN WASTE BASKET.  HE WAS PLACED IN SEGREGATION, WHERE HE WAS KEPT
UNTIL HE STOPPED ASKING FOR MEDICAL TREATMENT.  HIS PRIDE WAS BROKEN,
HE WAS PLACED IN DIVISION (5), WHERE HE WAS MADE TO SLEEP ON THE FLOOR,
WHICH MADE HIM EASIER TO GET AT FOR THE INMATE WHO KNEW THAT HE WAS
CHARGED WITH OFFENSES AGAINST KIDS, BECAUSE THE OFFICER HAD LET THEM
READ TOWNES ARREST TRANSCRIPTS.  WHEN TOWNES WENT TO THE AUTHORITIES
AND TOLD THEM HE FEARED FOR HIS LIFE, HE WAS PLACED IN DIVISION (9).
ONCE IN DIVISION (9), HE WAS BEATEN AND SWICHED FROM UPSTAIRS TO DOWN
STAIRS.  ON MARCH 20, 1994, TOWNES PLEADED GUILTY AND ACCEPTED 15-YEARS.
ON A NONE OCCURRING CAUSE, NOW, HE FINDS HIMSELF CONSTANTLY BEING LOCKED
UP FOR THE SAME CASE .  DECEMBER 20, 1993, UNTIL JULY 2001, NOW MAY
10, 2007, TO A TWO YEAR SENTENCE FOR THE SAME CASE A VIOLATION OF
PAROLE WITHOUT EVER LEAVING PRISON ON NOVEMBER 9, 2007, A WARRANT WAS
ISSUED A DAY BEFORE I WAS RELEASED. FOR NOT HAVING A HOST SITE.

4.

DIVISION (5):

HE WAS IN THAT DIVISION JANUARY 15, 1993, UNTIL FEBRUARY 1993, ON

THE FLOOR ON A-WING.   IN FEBRUARY 1993, he was MOVED TO DIVISION

(9), A-WING CELL 3315.   FROM THERE HE WAS MOVED TO THE BOTTOM FLOOR

AFTER BEING JUMPED RECORD SHOULD REFLECT.


MARCH 25, 1994, HE PLEA GUILTY TO ALL CHARGES BECAUSE HE FELT HIS

LIFE WAS IN DANGER IN THE COUNTY JAIL.



## AFFIDAVIT

I, ___ANTHONY TYRONE TOWNES___, being duly sworn do repose and state that the attached ____PETITION____ is true and correct in substance and fact to the best of my knowledge.  "CIVIL RIGHTS PETITION"

/s/ Anthony Townes
Petitioner

Subscribed and sworn to before me this
17th day of April, 200 8.

___Susan J Crawford___
Notary Public

# B-41929
JACKSONVILLE ___ Correctional Center
P.O. BOX 2268 EAST MORTON AVENUE

___JACKSONVILLE___, Illinois 62650

4-21-08
Expiration of Commission

**"OFFICIAL SEAL"**
**Susan J. Crowfoot**
Notary Public, State of Illinois
My Commission Exp. 04/21/2008

## NOTICE OF FILING

TO: MICHAEL W. DOBBINS
CLERK OF THE COURT
PRISONER CORRESPONDENT
U.S. DIST. COURT FOR THE NORTHERN
DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHGO. IL 60604

TO: OFC/COOK COUNTY STATES
ATTORNEY, FELONY REVIEW
UNIT, 2650 S. CALIFORNIA AVE.
CHGO. IL 60608

TO: CHGO. POLICE DEPARTMENT
CHIEF LEGAL COUNSEL
FIFTH FLOOR
3510 S. MICHIGAN AVENUE
CHGO. IL 60653

Please take notice on ___APRIL___, 2008, I filed with ___MICHAEL W. DOBBINS___
NORTHERN DISTRICT OF ILLINOIS
CLERK OF U.S. DISTRICT Court the attached ____PETITION____, ___1___
copy(ies) of which are served on you.

/s/ Anthony Townes

## AFFIDAVIT OF SERVICE

**STATE OF ILLINOIS** , )
                       )
**COUNTY OF** MORGAN   )

I, ___ANTHONY TYRONE TOWNES___, being sworn state that I served the attached notice on the above named person(s) by placing a true and correct copy in an envelope(s), addressed as shown above, with the proper U.S. postage on each and deposited the envelope(s) in the U.S. Mail at ___JACKSONVILLE___, Illinois, ___62650___, on or about the hour of _____ on ___APRIL___, 20_08_.

/s/ Anthony Townes