**PRISONER CASE**

MHN

OT 3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

**Plaintiff(s):** ANTHONY TYRONE TOWNES   **Defendant(s):** STATES ATTORNEY, etc., et al.

**County of Residence:** MORGAN   **County of Residence:**

**Plaintiff's Address:**   **Defendant's Attorney:**

Anthony Tyrone Townes
B-41929
Jacksonville - JAK
2268 East Morton Avenue
Jacksonville, IL 62650

FILED
5-8-2008
MAY - 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**08CV2661**
**JUDGE ANDERSEN**
**MAG. JUDGE DENLOW**

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prisoner civil rights

**Cause of Action:** 42:1983pr

**Jury Demand:** [✓] Yes  [ ] No

**Signature:** Q. E. Woodham   **Date:** 05/08/2008