

**FILED** MHW
5-8-2008
MAY 8 2008
5-8-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

10/10/2007

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

ANTHONY TYRONE TOWNES
    Plaintiff

v.

    Defendant(s)

**08CV2661**
**JUDGE ANDERSEN**
**MAG. JUDGE DENLOW**

JUDGE _____

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, __ANTHONY T. TOWNES__, declare that I am the ☒plaintiff ☐petitioner ☐movant (other _____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions <u>under penalty of perjury</u>:

1. Are you currently incarcerated?    ☒Yes    ☐No    (If "No," go to Question 2)
   I.D. # __B-41929__ Name of prison or jail: _____
   Do you receive any payment from the institution? ☒Yes ☐No Monthly amount: __$14.80__
   STATE STIPEND FOR ATTENDING G.E.D. CLASS

2. Are you currently employed?    ☐Yes    ☒No
   Monthly salary or wages: __$14.80 STATE STIPEND.__
   Name and address of employer: __JACKSONVILLE SCHOOL DISTRICT.__

   a. If the answer is "No":
      Date of last employment: _____
      Monthly salary or wages: _____
      Name and address of last employer: _____

   b. Are you married? ☐Yes ☐No
      Spouse's monthly salary or wages: __N/A__
      Name and address of employer: __PLAINTIFF HAS RECEIVED (SSI) SINCE 2001.__

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages                                      ☐Yes    ☒No
      Amount __N/A__ Received by __N/A__

b. ☐ Business, ☐ profession or ☐ other self-employment   ☐Yes   ☒No
Amount ___N/A___ Received by ___N/A___

c. ☐ Rent payments, ☐ interest or ☐ dividends   ☐Yes   ☒No
Amount ___N/A___ Received by ___N/A___

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
☐Yes   ☐No
Amount ___N/A___ Received by ___N/A___

e. ☐ Gifts or ☐ inheritances   ☐Yes   ☐No
Amount ___N/A___ Received by ___N/A___

f. ☐ Any other sources (state source: __NO ONE__)   ☐Yes   ☐No
Amount ___N/A___ Received by ___N/A___

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?   ☐Yes   ☒No   Total amount: ___N/A___
In whose name held: ___N/A___ Relationship to you: ___N/A___

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?   ☐Yes   ☒No
Property: ___N/A___ Current Value: ___N/A___
In whose name held: ___N/A___ Relationship to you: ___N/A___

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?   ☐Yes   ☒No
Address of property: ___N/A___
Type of property: ___N/A___ Current value: ___N/A___
In whose name held: ___N/A___ Relationship to you: ___N/A___
Amount of monthly mortgage or loan payments: ___N/A___
Name of person making payments: ___N/A___

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
☐Yes   ☒No
Property: ___N/A___
Current value: ___N/A___
In whose name held: ___N/A___ Relationship to you: ___N/A___

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒No dependents
PLEASE BE ADVISED THAT SINCE 1993, I HAVE LIVED IN THE ILLINOIS DEPARTMENT OF CORRECTIONS, AND SHELTERS THAT WERE UNDER THE DIRECTION OF THE ILLINOIS DEPARTMENT OF CORRECTIONS.

-2-

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 3/19/08

Signature of Applicant

ANTHONY T. TOWNES
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

## CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, ANTHONY T. TOWNES I.D.# B-41929, has the sum of $ 1.42 on account to his/her credit at (name of institution) Jacksonville Correctional Center. I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $ _____.
(Add all deposits from all sources and then divide by number of months).

3/20/2008
DATE

SIGNATURE OF AUTHORIZED OFFICER

Jennifer Stoudt, Warden
(Print name)

rev. 10/10/2007

MARCH 19, 2008

FROM:
ANTHONY T. TOWNES
REG. NO.#B-19783
UNIT: 2-5-8

TO:
INMATE TRUST FUND OFFICE, SUPERVISOR
JACKSONVILLE C.C.

DEAR INMATE TRUST FUND OFFICE:

    I RESPECTFULLY REQUEST THAT YOU HAVE SOMEONE FROM YOUR OFFICE FILL-OUT THE LAST PAGE OF THIS "IN FORMA PAUPERIS APPLICATION AND FINANCIAL AFFIDAVIT, AND FORWARD ME A COPY OF MY ACCOUNT FOR THE LAST SIX(6) MONTHS.

                                          /s/ _Anthony Townes_
                                            ANTHONY T. TOWNES
                                            REG. NO.#B-41929

| Date: | 3/20/2008 | | | Jacksonville Correctional Center | | | Page 1 |
| Time: | 8:33am | | | Trust Fund | | | |
| d_list_inmate_trans_statement_composite | | | | Inmate Transaction Statement | | | |

REPORT CRITERIA - Date: 09/01/2007 thru End;   Inmate: B41929;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: B41929 Townes, Anthony**                                **Housing Unit: JAC-02-05-08**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| | | | | | Beginning Balance: | | 0.27 |
| 09/14/07 | Payroll | 20 Payroll Adjustment | 257115 | | P/R month of 08/2007 | 7.15 | 7.42 |
| 09/17/07 | Disbursements | 83 Copies | 260315 | Chk #1061 | 090407, DOC: 523 Fund Inmate R, Inv. Date: 09/04/2007 | -.25 | 7.17 |
| 09/19/07 | Point of Sale | 60 Commissary | 262763 | 520016 | Commissary | -6.78 | .39 |
| 10/01/07 | Mail Room | 01 MO/Checks (Not Held) | 274222 | 10841 | Rainey, Alice | 350.00 | 350.39 |
| 10/03/07 | Point of Sale | 60 Commissary | 276766 | 521866 | Commissary | -267.76 | 82.63 |
| 10/10/07 | Point of Sale | 60 Commissary | 283763 | 522562 | Commissary | -68.18 | 14.45 |
| 10/12/07 | Payroll | 20 Payroll Adjustment | 285115 | | P/R month of 09/2007 | 15.00 | 29.45 |
| 10/17/07 | Point of Sale | 60 Commissary | 290766 | 523807 | Commissary | -19.00 | 10.45 |
| 10/17/07 | Disbursements | 84 Library | 290315 | Chk #1246 | 091807, DOC: 523 Fund Library, Inv. Date: 09/18/2007 | -.10 | 10.35 |
| 10/17/07 | Disbursements | 90 Medical Co-Pay | 290315 | Chk #1254 | 100907, DOC: 523 Fund Inmate R, Inv. Date: 10/09/2007 | -2.00 | 8.35 |
| 10/17/07 | Disbursements | 90 Medical Co-Pay | 290315 | Chk #1254 | 101507, DOC: 523 Fund Inmate R, Inv. Date: 10/15/2007 | -2.00 | 6.35 |
| 10/17/07 | AP Correction | 90 Medical Co-Pay | 290515 | Chk #1254 Voided | 100907 - DOC: 523 Fund Inmate | 2.00 | 8.35 |
| 10/17/07 | AP Correction | 90 Medical Co-Pay | 290515 | Chk #1254 Voided | 101507 - DOC: 523 Fund Inmate | 2.00 | 10.35 |
| 10/17/07 | Disbursements | 90 Medical Co-Pay | 290315 | Chk #1255 | 100907, DOC: 523 Fund Inmate R, Inv. Date: 10/09/2007 | -2.00 | 8.35 |
| 10/17/07 | Disbursements | 90 Medical Co-Pay | 290315 | Chk #1255 | 101507, DOC: 523 Fund Inmate R, Inv. Date: 10/15/2007 | -2.00 | 6.35 |
| 10/23/07 | Point of Sale | 60 Commissary | 296766 | 524787 | Commissary | -5.90 | .45 |
| 10/30/07 | Mail Room | 01 MO/Checks (Not Held) | 303222 | 11139 | Townes, Anthony | 100.00 | 100.45 |
| 10/31/07 | Point of Sale | 60 Commissary | 304766 | 525749 | Commissary | -54.49 | 45.96 |
| 11/07/07 | Point of Sale | 60 Commissary | 311766 | 526407 | Commissary | -12.76 | 33.20 |
| 11/08/07 | Payroll | 20 Payroll Adjustment | 312115 | | Adv. SMIC, 10/2007 | 15.00 | 48.20 |
| 11/08/07 | Payroll | 20 Payroll Adjustment | 312115 | | Adv. SMIC, 11/2007 | 3.75 | 51.95 |
| 11/09/07 | Payroll | 20 Payroll Adjustment | 313103 | | P/R month of 10/2007 | 15.00 | 66.95 |
| 11/09/07 | Disbursements | 84 Library | 313315 | Chk #1424 | 101907, DOC: 523 Fund Library, Inv. Date: 10/19/2007 | -.10 | 66.85 |
| 11/09/07 | Disbursements | 84 Library | 313315 | Chk #1424 | 110607, DOC: 523 Fund Library, Inv. Date: 11/06/2007 | -4.50 | 62.35 |
| 11/29/07 | Disbursements | 99 Transfer Inmate | 333315 | Chk #1558 | Graham Correctional Center, Inv. Date: 11/29/2007 | -62.35 | .00 |
| 12/14/07 | Payroll | 20 Payroll Adjustment | 348115 | | P/R month of 11/2007 | .00 | .00 |
| 12/27/07 | Mail Room | 04 Intake and Transfers In | 361203 | 56847 | Graham C.C. | 47.58 | 47.58 |
| 01/02/08 | Point of Sale | 60 Commissary | 002766 | 533027 | Commissary | -47.15 | .43 |
| 01/11/08 | Payroll | 20 Payroll Adjustment | 011115 | | P/R month of 12/2007 | 1.70 | 2.13 |
| 01/22/08 | Disbursements | 83 Copies | 022315 | Chk #1965 | 010208, DOC: 523 Fund Inmate R, Inv. Date: 01/02/2008 | -.25 | 1.88 |
| 02/05/08 | Mail Room | 01 MO/Checks (Not Held) | 036222 | 11871 | Townes, Anthony | 350.00 | 351.88 |
| 02/06/08 | Point of Sale | 60 Commissary | 0377106 | 537856 | Commissary | -208.94 | 142.94 |
| 02/08/08 | Payroll | 20 Payroll Adjustment | 039115 | | P/R month of 01/2008 | 15.00 | 157.94 |
| 02/11/08 | Point of Sale | 60 Commissary | 0427106 | 538517 | Commissary | -47.39 | 110.55 |
| 02/14/08 | Disbursements | 88 birth certificate | 045315 | Chk #2137 | 021308, IL Dept. Of Public Hea, Inv. Date: 02/13/2008 | -10.00 | 100.55 |
| 02/15/08 | Disbursements | 84 Library | 046315 | Chk #2173 | 012508, DOC: 523 Fund Library, Inv. Date: 01/25/2008 | -1.20 | 99.35 |
| 02/15/08 | Disbursements | 90 Medical Co-Pay | 046315 | Chk #2182 | 010708, DOC: 523 Fund Inmate R, Inv. Date: 01/07/2008 | -2.00 | 97.35 |
| 02/15/08 | Disbursements | 81 Legal Postage | 046315 | Chk #2182 | 012908, DOC: 523 Fund Inmate R, Inv. Date: 01/29/2008 | -1.14 | 96.21 |
| 02/15/08 | Disbursements | 90 Medical Co-Pay | 046315 | Chk #2182 | 02062008, DOC: 523 Fund Inmate, Inv. Date: 02/06/2008 | -2.00 | 94.21 |

# Jacksonville Correctional Center
## Trust Fund
### Inmate Transaction Statement

REPORT CRITERIA - Date: 09/01/2007 thru End;  Inmate: B41929;  Active Status Only ? : No;  Print Restrictions ? : Yes;  Transaction Type: All Transaction Types;  Print Furloughs / Restitutions ? : Yes;  Include Inmate Totals ? : Yes;  Print Balance Errors Only ? : No

**Inmate: B41929 Townes, Anthony**  **Housing Unit: JAC-02-05-08**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 02/19/08 | Point of Sale | 60 Commissary | 0507106 | 539634 | Commissary | -73.16 | 21.05 |
| 03/04/08 | Point of Sale | 60 Commissary | 064766 | 541501 | Commissary | -14.10 | 6.95 |
| 03/14/08 | Payroll | 20 Payroll Adjustment | 074115 | | P/R month of 02/2008 | 15.00 | 21.95 |
| 03/17/08 | Disbursements | 84 Library | 077315 | Chk #2412 | 021908, DOC: 523 Fund Library, Inv. Date: 02/19/2008 | -.40 | 21.55 |
| 03/17/08 | Disbursements | 84 Library | 077315 | Chk #2412 | 022208, DOC: 523 Fund Library, Inv. Date: 02/22/2008 | -.90 | 20.65 |
| 03/17/08 | Disbursements | 84 Library | 077315 | Chk #2412 | 022908, DOC: 523 Fund Library, Inv. Date: 02/29/2008 | -.80 | 19.85 |
| 03/17/08 | Disbursements | 84 Library | 077315 | Chk #2412 | 030408, DOC: 523 Fund Library, Inv. Date: 03/04/2008 | -.20 | 19.65 |
| 03/17/08 | Disbursements | 81 Legal Postage | 077315 | Chk #2418 | 021908, DOC: 523 Fund Inmate R, Inv. Date: 02/19/2008 | -.41 | 19.24 |
| 03/17/08 | Disbursements | 90 Medical Co-Pay | 077315 | Chk #2418 | 022708, DOC: 523 Fund Inmate R, Inv. Date: 02/27/2008 | -2.00 | 17.24 |
| 03/17/08 | Disbursements | 81 Legal Postage | 077315 | Chk #2418 | 030308, DOC: 523 Fund Inmate R, Inv. Date: 03/03/2008 | -.97 | 16.27 |
| 03/17/08 | Disbursements | 83 Copies | 077315 | Chk #2418 | 031408, DOC: 523 Fund Inmate R, Inv. Date: 03/14/2008 | -1.45 | 14.82 |
| 03/18/08 | Point of Sale | 60 Commissary | 078766 | 543258 | Commissary | -13.40 | 1.42 |

| | |
|---|---|
| Total Inmate Funds: | 1.42 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | 1.42 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |