IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY TYRONE TOWNES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 08 C 2661 |
| v. | ) | |
| | ) | Judge Andersen |
| NAME UNKNOWN - COOK COUNTY, | ) | Magistrate Judge Denlow |
| ILLINOIS, STATES ATTORNEY & CHICAGO | ) | |
| POLICE DEPARTMENT, OFFICER SALYERS, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   Anthony Tyrone Townes
      #B-41929 Jacksonville Correctional Center, IDOC
      2268 East Morton Ave.
      Jacksonville, IL 62650

**PLEASE TAKE NOTICE** that I have filed this day with the Clerk of the above Court the **Defendants' Motion for Extension of Time to Answer or Otherwise Plead,** a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Andersen or before such other Judge sitting in his place or stead, on the 4th day of September, at 9:00 a.m., or as soon thereafter as counsel may be heard and then and there present the attached Motion.

DATED at Chicago, Illinois this 8th day of August, 2008.

Respectfully submitted,

s/Naomi Avendano
Naomi Avendano
Deputy Corporation Counsel

30 N. LaSalle St., Suite 1400
Chicago, Illinois 60602
312-742-7880