IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **ANTHONY TYRONE TOWNES,** | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 2661 |
| | ) | |
| v. | ) | Judge Andersen |
| | ) | |
| **CHICAGO POLICE DEPARTMENT, et al.,** | ) | Magistrate Judge Denlow |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF MOTION

To:
Anthony Tyrone Townes          Anthony Tyrone Townes
B-41929                        B-41929
5313 South Indiana             Illinois Department of Corrections
Chicago, IL 60629              Jacksonville Correctional Center
                               2268 E. Morton Avenue
                               Jacksonville, Illinois 62650

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' JOINT MOTION TO DISMISS PLAINTIFF'S COMPLAINT**, a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Andersen, or before such other Judge sitting in his place or stead, on the 11th day of September, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard and present the attached motions.

**DATED** at Chicago, Illinois this 5th day of September 2008.

                              MARA S. GEORGES
                              CORPORATION COUNSEL
                              CITY OF CHICAGO

                    BY:   /s/ Helen C. Gibbons
City of Chicago, Department of Law      HELEN C. GIBBONS
30 North LaSalle Street, Suite 1020     Assistant Corporation Counsel
Chicago, Illinois 60602                 Attorney for Defendants
(312) 742-3541